# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| United States of America | ) | Case No. 22-mj-00116-KLM |
| v. | ) ) ) ) | |
| DEREK JAMES SWINGLE,<br>*Defendant(s)* | ) ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about July 3, 2022, in the State and District of Colorado, DEREK JAMES SWINGLE violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(C) | Possession with intent to distribute a controlled substance |

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

X   Continued on attached sheet.

/s John Dalen Bunch
*Complainant's signature*

U.S. Forest Service Special Agent John Dalen Bunch
*Printed name and title*

Sworn to before me and: ☐ signed in my presence.
☐ submitted, attested to, and acknowledged by reliable electronic means.

Date: 03 Jul 2022

*Judge's signature*

Kristen L. Mix
United States Magistrate Judge
*Printed name and title*

City and state: Denver, Colorado