AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2022 JUL 11  PM 12: 03

JEFFREY P. COLWELL
CLERK

BY _____ DEP. CLK

| United States of America | ) | |
| | ) | |
| v. | ) | Case No. 22-mj-00116-KLM |
| | ) | |
| | ) | |
| DEREK JAMES SWINGLE, | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

TO:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* DEREK JAMES SWINGLE, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1), (b)(1)(C)        Possession with intent to distribute a controlled substance

Date:    **03 Jul 2022**

*Issuing officer's signature*

Kristen L. Mix
United States Magistrate Judge
*Printed name and title*

City and state:    Denver, Colorado

| **Return** |
|---|
| This warrant was received on *(date)* 9/3/2022 , and the person was arrested on *(date)* at *(city and state)* 9/5/2022  Craig, CO |
| Date: 9/5/2022 |
| *Arresting officer's signature* |
| Aaron Henrichs, Special Agent |
| *Printed name and title* |