IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number 22-cr-00220-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     DEREK JAMES SWINGLE
    Defendant

---

### UNOPPOSED MOTION FOR LEAVE FOR DEFENDANT TO APPEAR BY VIDEO

---

    The Defendant, Derek Swingle, hereby moves this Court for an ORDER allowing Mr. Swingle to appear by video for the hearing scheduled on July 14, 2022 at 2:00 PM.  He states the following as grounds:

1. On July 11, 2022 Mr. Swingle was released from custody on this case and ordered to comply with conditions of release.  At the time of his release the Court was made aware that Mr. Swingle would be returning back to his home in Oklahoma City, Oklahoma and would return to Court for the preliminary hearing which was scheduled to take place on July 14, 2022 at 2:00 PM.  The Court attempted to avoid Mr. Swingle from having to return so quickly for court but the parties were unable to come up with a remedy to the short turn around.

2. Mr. Swingle was released and checked in with his probation officer in Oklahoma City, Oklahoma.  He is in compliance with all terms of his release.

3. On July 13, 2022 Mr. Swingle was indicted and he is no longer entitled to a preliminary hearing.  The matter is now scheduled for an arraignment and discovery conference.

4. The parties have conferred and Assistant United States Attorney Andrea Surratt is in full agreement that the Mr. Swingle may appear for his court appearance by video.  The

Defense hereby requests leave for Mr. Swingle to appear for his court appearance by video.

Respectfully Submitted,

/s/ Michael Faye_____
Michael Faye
Attorney for Defendant
Reg. #35204
The Law Firm of Glassman & Faye
427 West 13th Ave.
Denver, CO 80204
Telephone: 720-254-0942
Fax: 303-265-9481
Email: Michael@glassmanfaye.com

CERTIFICATE OF SERVICE

      I hereby certify that on July 6, 2022, I electronically filed the foregoing Unopposed Motion For Leave for Defendant to Appear by Video with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

United States Attorney via CM ECF.

and hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand delivery, etc.) indicated by the non-participant's name.

    /s/ Michael Faye
Michael Faye
Attorney for Defendant
Reg. #35204
The Law Firm of Glassman & Faye
427 West 13th Avenue
Denver, CO 80204
Telephone: 720-254-0942
Fax: 303-265-9481
Email: Michael@glassmanfaye.com