IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00220-RMR

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. DEREK JAMES SWINGLE,

      Defendant.

## ORDER

This matter comes before the Court on Defendant's Unopposed Motion for Leave for Defendant to Appear by Video (the "Motion") (Dkt. #17). It is hereby

ORDERED that the Motion is GRANTED. It is further

ORDERED that counsel for Defendant shall contact my Courtroom Deputy, Román Villa, by email at Roman_Villa@cod.uscourts.gov, to obtain VTC instructions and coordinate Defendant's remote appearance.

Dated this 13th day of July, 2022.

                                                    The Honorable N. Reid Neureiter
                                                  United States Magistrate Judge
                                                  District of Colorado