IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number 22-cr-00220-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     **DEREK JAMES SWINGLE**
    Defendant

---

**UNOPPOSED MOTION TO TRAVEL TO COLORADO**

---

    The Defendant, Derek Swingle, hereby moves this Court for an ORDER allowing Mr. Swingle to travel to the State of Colorado.  He states the following as grounds: :

1. On July 11, 2022 Mr. Swingle was released from custody on this case and ordered to comply with conditions of release.  Mr. Swingle has been compliant with all terms of his supervised release.

2. Mr. Swingle hereby requests permission to travel from his home in Oklahoma City, Oklahoma to Colorado for the purpose of retrieving his vehicle.  The vehicle in question was left unattended at the time of his arrest.  He has made arrangements with authorities to retrieve the vehicle.

3. AUSA Andrea Surratt has no objection to this motion.

4. Mr. Swingle's probation officer, Raven McDaniel, has also been informed of this motion and has no objection so long as Mr. Swingle goes straight to pick up the vehicle and then returns home immediately.

5. Mr. Swingle plans to travel to Colorado in his brother's car on Friday July 22, 2022 and return home immediately with an anticipated return date of Sunday July 24, 2022. Mr. Swingle will not miss any scheduled drug testing during this trip.

Respectfully Submitted,

<u>/s/ Michael Faye</u>
Michael Faye
Attorney for Defendant
Reg. #35204
The Law Firm of Glassman & Faye
427 West 13th Ave.
Denver, CO 80204
Telephone: 720-254-0942
Fax: 303-265-9481
Email: Michael@glassmanfaye.com

CERTIFICATE OF SERVICE

      I hereby certify that on July 21 2022, I electronically filed the foregoing Unopposed Motion To Travel to Colorado with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

United States Attorney via CM ECF.

and hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand delivery, etc.) indicated by the non-participant's name.

/s/ Michael Faye
Michael Faye
Attorney for Defendant
Reg. #35204
The Law Firm of Glassman & Faye
427 West 13th Avenue
Denver, CO 80204
Telephone: 720-254-0942
Fax: 303-265-9481
Email: Michael@glassmanfaye.com