PS 42
(8/96 D/CO)

# United States District Court

## District of Colorado

United States of America )
)
vs )
)
)
Derek James Swingle ) Case No. 1:22-cr-00220-RMR-2

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Derek James Swingle, have discussed with Raven McDaniel, Probation Officer, modification of my release as follows:

Additional condition of release (h), stipulating the defendant must participate in medical, psychiatric, and/or mental health treatment as directed by your supervising officer, be added to existing additional conditions of release.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  7/19/2022        _____ 7/19/2022
Signature of Defendant      Date           Probation Officer         Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                    7/21/2022
Signature of Defense Counsel               Date

/s Andrea Surratt                          07/21/2022
Signature of Assistant U.S. Attorney       Date


[✓]  The above modification of conditions of release is ordered, to be effective on
     July 26, 2022.

[ ]  The above modification of conditions of release is not ordered.

                                           July 26, 2022
_____                    _____
Signature of Judicial Officer              Date