IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number 22-cr-00220-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.     DEREK JAMES SWINGLE
       Defendant

---

### UNOPPOSED MOTION TO CONTINUE MOTION FILING DEADLINE AND TO EXCLUDE 90 DAYS FROM THE SPEEDY TRIAL ACT

---

Defendant Derek Swingle, by and through undersigned counsel, hereby moves this COURT for an Order to continue the motion filing deadline and to exclude 90 days from the Speedy Trial Act computations, and in support thereof states the following:

**PROCEDURAL HISTORY**

1. On July 3, 2022 Mr. Swingle was arrested and charged by criminal complaint in case 22-mj-00115. Mr. Swingle appeared before the Court on July 5, 2022 at which point undersigned counsel was appointed to represent him as CJA counsel.

2. On July 11, 2022 Mr. Swingle appeared before the court for a detention hearing. He was advised of conditions of his release and released from custody. On July 12, 2022 Mr.

Swingle was indicted by a grand jury in the above captioned case. Mr. Swingle appeared before the Court on July 14, 2022 and entered a not guilty plea. The Court then issued an order on July 19, 2022 setting a motions filing deadline of August 8, 2022 and a 5-day jury trial date to commence on September 19, 2022.

3. On July 29, 2022 the defense received the case discovery in the mail. The discovery contains incident reports, evidence logs and firearms summaries. In addition, there are 34 body worn camera files and 25 photographs. On August 8, 2022 the defense received a laboratory report from the U.S. Attorneys Office.

**LEGAL STANDARD**

4. The Speedy Trial Act mandates that trial in a criminal defendant's case commence seventy days from the date of the defendant's initial appearance or indictment. 18 U.S.C § 3161(c)(1) (2008). This Court has the authority under 18 U.S.C. § 3161(h)(7)(A) to exclude from the time limitations set forth in the Speedy Trial Act any period of delay for which the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. The factors to be considered by the Court are listed at 18 U.S.C. § 3161(h)(7)(B)(i)-(iv).

5. One factor for the Court to consider in granting this delay is "whether the failure to grant such a continuance in the proceeding would be likely to make a continuation of such proceeding impossible, or result in a miscarriage of justice." 18 U.S.C. § 3161(h)(7)(B)(i).

6. Another factor for the Court to consider is "whether failure to grant such a continuance in a case, which, taken as a whole, is not so unusual or so complex as to fall within clause (ii), would… deny counsel for the defendant or for the attorney for the Government the reasonable time necessary for the effective preparation, taking into account the exercise of due diligence." 18 U.S.C. § 3161(h)(7)(B)(iv).

7. The Tenth Circuit has set forth four factors that the Court should consider when evaluating if a continuance should be granted: (1) the diligence of the party requesting a continuance, (2) the likelihood that the continuance, if granted, would accomplish the propose underlying the request for continuance, (3) the inconvenience to the opposing party, its witnesses, and the court resulting from the continuance, and (4) the need asserted for the continuance and the harm that could be suffered as a result of the Court's denial of the continuance. *United States v. West*, 828 F.2d 1468, 1470 (10th Cir. 1987).

**ARGUMENT**

8. Defense counsel's request for a continuance meets the criteria set forth in 18 U.S.C. § 3161(h)(7) as well as the factors set forth in *United States v. West*.

9. Defense counsel believes that additional time to file pretrial motions and an additional 90 days for trial will be sufficient time to complete discovery and conduct research and investigation with respect to this case.

10. The current deadlines do not allow counsel enough time to evaluate potential motions, investigate the case from a factual standpoint, or to review discovery in a competent

manner.  The defendant is facing very serious charges and the deadlines in place do not allow the defense enough time to make critical decisions about the defense and to consult with the defendant about key aspects of the case.  Failure to grant this request would lead to a miscarriage of justice.

11. Assistant United States Attorney Andrea Surratt has been informed of this motion and has no objection.

12. David Johnson, attorney for the co-defendant, Mr. Smart, has no objection and seeks to join in this motion.

Respectfully Submitted,

/s/ Michael Faye  
Michael Faye  
Attorney for Defendant  
Reg. #35204  
The Law Firm of Glassman & Faye  
427 West 13th Ave.  
Denver, CO 80204  
Telephone: 720-254-0942  
Fax: 303-265-9481  
Email: Michael@glassmanfaye.com

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on August 8, 2022, I electronically filed the foregoing Unopposed Motion To Continue the Motions Filing Deadline and to Exclude 90 days from the Speedy Trial Act with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

United States Attorney via CM ECF.

and hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand delivery, etc.) indicated by the non-participant's name.

                                                  <u>/s/ Michael Faye</u>
                                                  Michael Faye
                                                  Attorney for Defendant
                                                  Reg. #35204
                                                  The Law Firm of Glassman & Faye
                                                  427 West 13th Avenue
                                                  Denver, CO 80204
                                                  Telephone: 720-254-0942
                                                  Fax: 303-265-9481
                                                  Email: Michael@glassmanfaye.com