IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number 22-cr-00220-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    **DEREK JAMES SWINGLE**
    Defendant

---

### NOTICE OF APPEARANCE

---

Michael Faye, of the Law Firm of Glassman & Faye, PC., hereby enters his appearance in the above captioned case as court appointed counsel under the Criminal Justice Act on behalf of Defendant Derek James Swingle.

    Respectfully Submitted,

    /s/ Michael Faye
    Michael Faye
    Attorney for Defendant
    Reg. #35204
    The Law Firm of Glassman & Faye
    427 West 13th Ave.
    Denver, CO 80204
    Telephone: 720-254-0942
    Fax: 303-265-9481
    Email: Michael@glassmanfaye.com

CERTIFICATE OF SERVICE

      I hereby certify that on August 5, 2022, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

United States Attorney via CM ECF.

and hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand delivery, etc.) indicated by the non-participant's name.

/s/ Michael Faye
Michael Faye
Attorney for Defendant
Reg. #35204
The Law Firm of Glassman & Faye
427 West 13th Avenue
Denver, CO 80204
Telephone: 720-254-0942
Fax: 303-265-9481
Email: Michael@glassmanfaye.com