IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number 22-cr-00220-RMR

UNITED STATES OF AMERICA,

      Plaintiff,

**v**.

2.      **DEREK JAMES SWINGLE**
      Defendant

---

### NOTICE OF DISPOSITION

---

Undersigned counsel, Michael Faye, Esq., on behalf of Mr. Derek Swingle, hereby

advises the Court that a disposition has been reached in his case with the government.

The Change of plea hearing is scheduled for November 29, 2022 at 3:00 PM.


Respectfully Submitted,

/s/ Michael Faye_____
Michael Faye
Attorney for Defendant
Reg. #35204
The Law Firm of Glassman & Faye
427 West 13th Ave.
Denver, CO 80204
Telephone: 720-254-0942
Fax: 303-265-9481
Email: Michael@glassmanfaye.com

CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2022, I electronically filed the foregoing **Notice of Disposition** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Andrea L. Surratt, Assistant United States Attorney
Email: andrea.surratt@usdoj.gov

David E. Johnson, Assistant Federal Public Defender
Email: David_johnson@fd.org

and hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand delivery, etc.) indicated by the non-participant's name.

Derek Swingle (Email)

/s/ Michael Faye
Michael Faye
Attorney for Defendant
Reg. #35204
The Law Firm of Glassman & Faye
427 West 13th Avenue
Denver, CO 80204
Telephone: 720-254-0942
Fax: 303-265-9481
Email: Michael@glassmanfaye.com