IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-220-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. DEREK JAMES SWINGLE,

    Defendant.

## MOTION TO APPEAR BY VTC

    The United States of America, by and through the undersigned Assistant United States Attorney, respectfully requests permission to appear by VTC for the change of plea hearing in the above-captioned matter scheduled for November 29, 2022, at 4:00 p.m.

    I am the AUSA responsible for the above-captioned matter and I negotiated the plea agreement that will be considered at the change of plea hearing. For the past several days, I have been experiencing a variety of respiratory symptoms. As of today, my symptoms have not resolved and I do not expect that they will be fully resolved by tomorrow, November 29, 2022. Accordingly, pursuant to the Court's General Order 2022-4, I will not be permitted to enter the courthouse for the change of plea hearing.

    I have spoken with counsel for the defendant and he does not object to this request.

    Accordingly, it is respectfully requested that the undersigned AUSA be permitted

to appear for the November 29, 2022, change of plea hearing via VTC.

Respectfully submitted this 28th day of November, 2022.

                COLE FINEGAN
                United States Attorney

By:   *s/ Andrea Surratt*
      Andrea Surratt
      Assistant United States Attorney
      U.S. Attorney's Office
      1801 California St., Suite 1600
      Denver, CO 80202
      Telephone: (303) 454-0100
      e-mail: Andrea.Surratt@usdoj.gov
      Attorney for the Government