AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 22-cr-00220-RMR-2 |
| Derek James Swingle | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 11-29-22

*Defendant's signature*

*Signature of defendant's attorney*

Michael Faye
*Printed name of defendant's attorney*

*Judge's signature*

Regina M. Rodriguez, District Judge
*Judge's printed name and title*