IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-220-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. DEREK JAMES SWINGLE,

    Defendant.

---

## INFORMATION

The United States Attorney charges:

### COUNT 1

On or about July 3, 2022, in the State and District of Colorado, the defendant, DEREK JAMES SWINGLE, did knowingly and intentionally possess with the intent to distribute heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

### FORFEITURE ALLEGATION

1. As a result of committing the violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C), alleged in Count One of this Information, the defendant, DEREK JAMES SWINGLE, shall forfeit, pursuant to Title 21, United States Code, Section 853, any and all property, real or personal, constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the said violation,

and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Information.

  2. If any of the property subject to forfeiture as a result of any act or omission of the defendant:

   a) cannot be located upon the exercise of due diligence;
   b) has been transferred or sold to, or deposited with, a third party;
   c) has been placed beyond the jurisdiction of the Court;
   d) has been substantially diminished in value; or
   e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

  All in violation of Title 21, United States Code, Section 853.


COLE FINEGAN
United States Attorney


By: *s/ Andrea Surratt*
Andrea Surratt
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0406
E-mail: Andrea.Surratt@usdoj.gov
Attorney for Government