IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

| | |
|---|---|
| Criminal Action No.: 22-cr-00220-RMR-2 | Date: November 29, 2022 |
| Courtroom Deputy: Kally Myhaver | Court Reporter: Darlene Martinez |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Andrea Lee Surratt |
| Plaintiff, | |
| v. | |
| 2. DEREK JAMES SWINGLE, | Michael Alan Faye |
| Defendant. | |

### COURTROOM MINUTES

**CHANGE OF PLEA HEARING**

**4.01 p.m.     Court in session.**

Court calls case. Appearances of counsel. Counsel for the Government appears by VTC. Defendant present on bond.

Defendant sworn.

The Plea Agreement (Court Exhibit 1), and Statement by Defendant in Advance of Plea of Guilty (Court Exhibit 2) are tendered to the Court.

Defendant advised of appellate rights, penalties, sentencing guidelines, trial rights, and other constitutional rights.

Defendant enters a plea of guilty to Count 1 of the Information and admits to the forfeiture allegation.

Court states its findings of fact and conclusions of law.

**ORDERED:   Court Exhibits 1 and 2 are admitted.**

**ORDERED:**   The court defers approval of the Plea Agreement pending review of the Presentence Investigation Report.

**ORDERED:**   Defendant's plea of guilty is accepted.

**ORDERED:**   The Probation Department shall conduct a presentence investigation and file a presentence report.

**ORDERED:**   Counsel shall file their sentencing positions and all motions at least 14 days before the sentencing date.  Responses or objections shall be filed no later than 7 days before the sentencing date.

**ORDERED:**   Trial set for December 12, 2022 in Courtroom A901 before Judge Regina M. Rodriguez is VACATED.

**ORDERED:**   Sentencing is set for February 22, 2023 at 3:00 p.m. in Courtroom A901 before Judge Regina M. Rodriguez.

**ORDERED:**   Defendant's bond is continued pending sentencing.

**4:44 p.m.**   Court in recess.

Hearing concluded.
Total time in court:    00:43