IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number 22-cr-00220-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    **DEREK JAMES SWINGLE**
    Defendant

---

### OBJECTION TO PRESENTENCE INVESTIGATION REPORT

---

    Defendant, Derek Swingle, by and through undersigned counsel, hereby objects to the Presentence Investigation Report ("PSIR") as follows:

**OBJETCTION :   SPECIFIC OFFENSE CHARACTERISTICS PARAGRAPH 29**

    **U.S.S.G. § 2D1.1(b)(1)**

        **Legal Framework**

    Section 2D1.1(b)(1) of the Sentencing Guidelines requires a two-level increase of the offense level if a dangerous weapon was possessed.  Pursuant to U.S.S.G. § 2D1.1, comment (n.11(A)), "the enhancement should be applied if the weapon was present, unless it is clearly improbable that the weapon was connected to the offense."  Once the government has established the defendant actually or constructively possessed the weapon, the burden shifts to

the defendant to show that it was clearly improbable that the possession of the weapon was connected to the offense.

### Case Facts

On July 2, 2022, Mr. Swingle traveled to Colorado's Routt National Forest to partake in a multi week camping trip.  This is commonly known as the Rainbow Gathering.  On July 2, 2022, Mr. Swingle's vehicle was searched by officers of the National Forest Service.  Officers found a prescription pill bottle in a backpack that contained 8.98 grams of heroin.  The officers also located a firearm in the trunk of the vehicle along with a magazine and ammunition in the center counsel of the passenger compartment.  On July 3, 2022Mr. Swingle was again contacted by members of the National Forest Service while driving the same vehicle.  A search of the vehicle resulted in officers finding a clear bag containing 52.53 grams of heroin.  The gun that was found in the trunk of Mr. Swingle's vehicle belonged to him and was legally purchased by him on November 26, 2019, in Oklahoma City, Oklahoma.  Mr. Swingle owned several firearms legally and they were kept at his home in Oklahoma.

### Argument

Mr. Swingle asserts that the two-level increase provided for in U.S.S.G. § 2D1.1 should not apply.  It is important to note that the firearm was located deep within the trunk of Mr. Swingle's vehicle.  It was not readily accessible to Mr. Swingle.  Officers only found the firearm after removing many items including the spare tire.  The firearm was located underneath the spare tire in the trunk.  The location of the firearm makes it clear that it was not possessed in

connection with this offense.  If the firearm was being used as part of any drug transaction, it would have been readily available to Mr. Swingle, not buried deep in the trunk of the car.

The gun was possessed by Mr. Swingle for camping purposes.  He was planning on camping for over a week in the Routt National Forest and possessed the firearm for protection from wildlife or other dangers.  It is not unusual for campers and hikers to carry firearms for protection.

It is important to note that Mr. Swingle traveled to the Routt National Forest with his friend and co-defendant Torey Smart.  Mr. Smart and Mr. Swingle were both heavy drug users at the time and brought enough drugs to use for the duration of their trip.  In no way was Mr. Swingle intending to use the gun during the distribution of drugs between he and his friend.

Respectfully Submitted,

/s/ Michael Faye
Michael Faye
Attorney for Defendant
Reg. #35204
The Law Firm of Glassman & Faye
427 West 13th Ave.
Denver, CO 80204
Telephone: 720-254-0942
Fax: 303-265-9481
Email: Michael@glassmanfaye.com

CERTIFICATE OF SERVICE

      I hereby certify that on February 1, 2023, I electronically filed the foregoing Objection To Presentence Investigation Report with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

United States Attorney via CM ECF.

and hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand delivery, etc.) indicated by the non-participant's name.

      /s/ Michael Faye
      Michael Faye
      Attorney for Defendant
      Reg. #35204
      The Law Firm of Glassman & Faye
      427 West 13th Avenue
      Denver, CO 80204
      Telephone: 720-254-0942
      Fax: 303-265-9481
      Email: Michael@glassmanfaye.com