IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number 22-cr-00220-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.      **DEREK JAMES SWINGLE**
       Defendant

---

### UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

---

The Defendant, Derek Swingle, through Counsel Michael Faye, hereby moves this Court for an order continuing the sentencing hearing that is scheduled for February 22, 2023, at 3:00 PM. He states the following as grounds:

1. On November 29, 2022, Mr. Swingle entered a guilty plea to Count One of the indictment. A sentencing hearing was scheduled for February 22, 2023, at 3:00 PM. On February 8, 2023, Mr. Swingle filed a motion for a non-guideline sentence (Doc. No. 67) and the Government filed a response in opposition on February 9, 2023 (Doc. No. 68).

2. In preparation for the sentencing hearing, counsel has learned new information that would be pertinent to the Court's sentencing determination. The Defense needs additional time to conduct investigation into these matters to better prepare for the sentencing hearing. The Defense believes that the information is extremely important

for the Court to hear in deciding the appropriate sentence in this case. The allowance of further time will provide the Defendant the opportunity to properly present all evidence and information to the Court in making this very important decision.

3. The parties are requesting vastly different sentencing options and the Court will be faced with a difficult decision with respect to the appropriate punishment. It is imperative that the Court have all pertinent information in making this decision.

4. Mr. Swingle has remained out of custody during the pendency of this case and remains fully compliant with all conditions of his pretrial release, including substance abuse testing. He currently resides in Oklahoma City, Oklahoma.

5. AUSA Andrea Surratt has been appraised of this motion and has no objection.

6. Wherefore, undersigned counsel respectfully requests the Court continue the sentencing hearing for a minimum of 30 days.

Respectfully Submitted,

/s/ Michael Faye
Michael Faye
Attorney for Defendant
Reg. #35204
The Law Firm of Glassman & Faye
427 West 13th Ave.
Denver, CO 80204
Telephone: 720-254-0942
Fax: 303-265-9481
Email: Michael@glassmanfaye.com

CERTIFICATE OF SERVICE

      I hereby certify that on February 17, 2023, I electronically filed the foregoing *Unopposed Motion to Continue Sentencing Hearing* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

United States Attorney Andrea Surratt via CM ECF.

and hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand delivery, etc.) indicated by the non-participant's name.

      /s/ Michael Faye
      Michael Faye
      Attorney for Defendant
      Reg. #35204
      The Law Firm of Glassman & Faye
      427 West 13th Avenue
      Denver, CO 80204
      Telephone: 720-254-0942
      Fax: 303-265-9481
      Email: Michael@glassmanfaye.com