IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

| | |
|---|---|
| Criminal Action No.: 22-cr-00220-RMR-2 | Date: April 21, 2023 |
| Courtroom Deputy: Kally Myhaver | Court Reporter: Terri Lindblom |
| Probation Officer: Meaghan Mills | |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Andrea Surratt |
|    Plaintiff, | |
| v. | |
| DEREK JAMES SWINGLE, | Michael Faye |
|    Defendant. | |

## COURTROOM MINUTES

**SENTENCING**

**10:05 a.m.**   Court in session.

Court calls case. Appearances of counsel. Defendant present in on bond.

Defendant sworn.

Discussion and argument regarding objections to the presentence report, pending motions, and sentencing recommendation.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings of fact and conclusions of law.

Discussion regarding transfer of probation to Oklahoma.

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility [ECF No. 70] is GRANTED.

**ORDERED:** Defendant's Motion for Non-Guideline Sentence [ECF No. 67] is GRANTED.

**ORDERED:** Defendant shall be sentenced to probation for a term of 5 years.

**ORDERED:** Conditions of Supervised Release, as stated on record.

**ORDERED:** Defendant shall pay a $100.00 Special Assessment fee, to be paid immediately.  No fine is imposed.

**ORDERED:** Defendant shall forfeit any interest in property, as stated on record, to the United States.

**ORDERED:** Government's Motion to Dismiss Counts [ECF No. 69] is GRANTED.

**ORDERED:** Defendant's bond is exonerated.

Defendant advised of right to appeal.

**11:40 a.m.**    Court in recess.

Hearing concluded.
Total time in court:    1:35