CO-PROB12B
(Revised 5/14-D/CO)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

U.S.A. VS. DEREK JAMES SWINGLE        DKT. NO. 1:22CR00220-2

## PETITION TO MODIFY CONDITIONS OF PROBATION

COMES NOW, Daniel Bath, United States Probation Officer, presenting an official report upon the conduct and attitude of defendant Derek James Swingle, who was placed on supervision by the Honorable Regina M. Rodriguez, sitting in the United States District Court in Denver, Colorado, on April 21, 2023. The defendant was sentenced to 5 years' probation for an offense of Possess with Intent to Distribute Heroin, a Schedule I Controlled Substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C). Supervision commenced on April 21, 2023, and is set to expire on April 20, 2028. As noted in the judgment [Document 79], the Court ordered mandatory, special and standard conditions of supervision.

### STATEMENT IN SUPPORT OF ACTION/JUSTIFICATION

The defendant is currently being supervised by our office in the Western District of Oklahoma (WDOK). Furthermore, the defendant currently resides and is employed in the WDOK. The WDOK is requesting the defendant's search condition be modified to reflect the wording used in their district. This modification will permit the WDOK to enforce their search condition on the defendant if necessary.

On September 28, 2023, the defendant executed a form entitled, "Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision," which waives the right to a hearing and agrees to the proposed modification of the conditions of supervision. Assistant U.S. Attorney Andrea Surratt was contacted and has no objection to the proposed modification.

### RESPECTFULLY REQUESTING THAT THE COURT WILL ORDER:

Modification of the terms of Probation to include the following special condition:

> 1) The defendant must submit to a search of his person, property, electronic devices, or any automobile under his control to be conducted in a reasonable manner and at a reasonable time, for the purpose of determining possession, or evidence of possession, of controlled substances, drug paraphernalia, firearms, or ammunition at the direction of the probation officer upon reasonable suspicion. Further, the defendant must inform any residents that the premises may be subject to a search.

I DECLARE under penalty of perjury that the foregoing is true and correct.

*s/Daniel Bath*
  Daniel Bath
  United States Probation Officer
  Place:   Denver
  Date:    October 6, 2023

*s/Edgar T. Ruiz*
  Edgar T. Ruiz
  Supervisory United States Probation Officer
  Place:   Denver
  Date:    October 6, 2023