### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00220-RMR-2

UNITED STATES OF AMERICA,

   Plaintiff,

v.

Derek James SWINGLE,

   Defendant.

---

### ORDER REGARDING REQUEST FOR MODIFICATION OF THE CONDITIONS OF SUPERVISION

---

     THIS MATTER is before the Court upon request by the probation officer to modify conditions of probation on the above-named defendant.

     HAVING considered the probation officer's petition, the Court:

     ORDERS the defendant's terms of supervision be modified to include the following special condition:

     1) The defendant must submit to a search of his person, property, electronic devices, or any automobile under his control to be conducted in a reasonable manner and at a reasonable time, for the purpose of determining possession, or evidence of possession, of controlled substances, drug paraphernalia, firearms, or ammunition at the direction of the probation officer upon reasonable suspicion. Further, the defendant must inform any residents that the premises may be subject to a search.

     FURTHER ORDERS that all terms and conditions of supervision previously imposed remain in full force and effect.

DATED at Denver, Colorado, this _____ day of October 2023.

BY THE COURT:

_____
Regina M. Rodriguez
United States District Judge