PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## DENVER, DISTRICT OF COLORADO

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of probation and supervised release or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to the following modification of my conditions of probation and supervised release or to the proposed extension of my term of supervision:

1) The defendant must submit to a search of his person, property, electronic devices or any automobile under his control to be conducted in a reasonable manner and at a reasonable time, for the purpose of determining possession, or evidence of possession, of controlled substances, drug paraphernalia, firearms, or ammunition at the direction of the probation officer upon reasonable suspicion. Further, the defendant must inform any residents that the premises may be subject to a search.

Witness _____*Daniel Bath*_____   Signed _____[signature]_____
(U.S. Probation Officer)                          (Probationer or Supervised Releasee)

Date: 9/28/2023